UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BARBARA ANN EBERSOLE, as legal guardian of
Barbara Leigh Ebersole,

      Plaintiff,

-vs-                                                    Case No. 2:10-cv-252-FtM-29SPC

NCH HEALTHCARE SYSTEM, INC., a Florida
corporation and ERISA plan sponsor, ALLEN S.
WEISS, M.D., as plan administrator,

      Defendants.
_____/

## ORDER

      This matter comes before the Court on Defendants, NCH Healthcare System, Inc. and Allen S. Weiss, M.D.'s Motion to Modify ERISA Case Order (Doc. #16) filed on June 9, 2010. Due to the circumstances surrounding this case, the Court will require the Plaintiff to file an expedited response to the Motion.

      Accordingly, it is now **ORDERED:**

      The Plaintiff is directed to file an expedited response to the Defendants, NCH Healthcare System, Inc. And Allen S. Weiss, M.D.'s Motion to Modify ERISA Case Order (Doc. #16) by **5:00pm. on Friday, June 11, 2010.** The obligation to produce the Administrative Record will be suspended until the Court rules on the Defendant's Motion to Modify ERISA Case Order.

      **DONE AND ORDERED** at Fort Myers, Florida, this ___9th___ day of June, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record